

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:     01-15-00210-CV

Trial Court Cause
Number:     2014-22168

Style:     Francisco Calleja-Ahedo

    **v.** Compass Bank

Date motion filed:     July 12, 2016

Type of motion:     Motion for Extension of Time

Party filing motion:     Appellant

Document to be filed:     Response to Appellee's Motion for Rehearing

Is appeal accelerated? ☐ Yes    ☒ No

If motion to extend time:

    Original due date:     July 11, 2016

    Number of previous extensions granted:     0

    Date Requested:     30 days

Ordered that motion is:

    ☒   Granted

       If document is to be filed, document due: **August 10, 2016**

       ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

       ☐ The Court will not grant additional motions to extend time.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

Judge's signature: /s/ Evelyn V. Keyes
       ☒ Acting individually     ☐ Acting for the Court

Date: July 14, 2016